UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS,
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CHERYL HURD, M.D.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:22-cv-00388** |
| | § | |
| **TARRANT COUNTY HOSPITAL** | § | |
| **DISTRICT d/b/a JPS HEALTH** | § | |
| **NETWORK AND JOHN PETER** | § | |
| **SMITH HOSPITAL, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## PLAINTIFF'S WITNESS LIST

COMES NOW CHERYL HURD, M.D., Plaintiff in the above cause, and files this her

Witness List.

| Name [Alphabetical, by Last Name] – Witness Category (Time Est.) | Sworn | Testified |
|---|---|---|
| **Allred, Mary Jane – Possible Adverse Fact Witness (0.25 hours)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>Executive assistant to Dr. Podawiltz and participant in Zoom meeting who announced Plaintiff's demotion and replacement.<br>*Not Deposed* | | |
| **Becker, Brian – Probable Adverse Fact Witness (1.0 hours)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>President and CEO of Acclaim who attended 3/18/2022 demotion meeting and participated in demotion and HR process. Knowledge of Plaintiff and his professional practice, including communications with Plaintiff.<br>*Deposed* | | |
| **DeMoss, Dustin – Probable Adverse Fact Witness (1.0 hours)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>Current JPS Psychiatry Residency Program Director and Vice Chair of Education; was in Cabo San Lucas on 3/18/2022 but attended meetings by phone. Knowledge of Plaintiff and his professional practice, including communications with Plaintiff.<br>*Deposed* | | |

| Name [Alphabetical, by Last Name] – Witness Category (Time Est.) | Sworn | Testified |
|---|---|---|
| **Durand, Julie – Probable Adverse Fact Witness (0.5 hours)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>Individual with knowledge of claims at issue and HR complaints, as well as Defendant's investigation.  Knowledge of Plaintiff and his professional practice, including communications with Plaintiff.<br>*Not Deposed* | | |
| **Elkins, Emily – Probable Adverse Fact Witness (0.5 hours)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>Individual with knowledge of claims at issue and HR complaints, as well as Defendant's investigation.  Knowledge of Plaintiff and his professional practice, including communications with Plaintiff.<br>*Not Deposed* | | |
| **Elliot, Tricia – Probable Adverse Fact Witness (0.5 hours)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>Senior Vice President for Academic Affairs, Chief Academic Officer, and Designated Institute Official (DIO) for JPS; Plaintiff called her when demoted to see what review she could get and she told Plaintiff that this was department chair decision only and that Plaintiff had no recourse or review and that, as CIO, she had no say or ability to review; previously selected Plaintiff for the Diversity, Equity and Inclusion Sub-Committee Chair, was formerly JPS Vice President of Medical Affairs. Knowledge of Plaintiff and his professional practice.<br>*Deposed* | | |
| **George, Ben – Possible Adverse Fact Witness (0.25 hours)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>Was told (and repeated same) that he heard Plaintiff was removed for "hostile work environment." Knowledge of Plaintiff and his professional practice, including communications with Plaintiff.<br>*Not Deposed* | | |
| **Hurd, Cheryl – Probable Fact Witness (Plaintiff) (2.0 hours)**<br>c/o Christopher S. Ayres, Ayres Law Office, Plaintiff's Counsel<br>Dr. Hurd has knowledge of the relevant documents, contractual obligations, and communications between the parties, as well as the factual background surrounding the claims made and all matters relating to this suit.<br>*Deposed* | | |

| Name [Alphabetical, by Last Name] – Witness Category (Time Est.) | Sworn | Testified |
|---|---|---|
| **Hurd, Howard – Probable Fact Witness for Plaintiff (Spouse) (0.5 hours)**<br>c/o Christopher S. Ayres, Ayres Law Office, Plaintiff's Counsel<br>Plaintiff's spouse with knowledge of her claims and damages.<br>*Not Deposed* | | |
| **Haliburton, James – Probable Adverse Fact Witness (0.75 hours)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>Following Plaintiff's demotion, called Plaintiff narcissistic and unprofessional, and stated that Plaintiff made inappropriate and unprofessional comments to third parties. Knowledge of Plaintiff and his professional practice, including communications with Plaintiff.<br>*Deposed* | | |
| **Huffines, Seth – Possible Adverse Fact Witness (0.25)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>Psychiatry Residency, Academic Chief (4th year Psychiatry Resident) in charge of academic activities for the residents in the program. Knowledge of Plaintiff and his professional practice, including communications with Plaintiff.<br>*Not Deposed* | | |
| **Kashyap, Saurabh – Possible Adverse Fact Witness (0.25 hours)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>A graduate of PS Psychiatry Residency Program with knowledge of claims at issue. Knowledge of Plaintiff and his professional practice, including communications with Plaintiff.<br>*Not Deposed* | | |
| **Keene, Jennifer – Possible Adverse Fact Witness (0.25 hours)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>Executive assistant for Psychiatry Residency Program, inquired as to what happened to Plaintiff in early May 2022.<br>*Not Deposed* | | |
| **Kleinman, Brandi – Probable Expert Witness for Plaintiff (1.25 hours)**<br>c/o Christopher S. Ayres, Ayres Law Office, Plaintiff's Counsel<br>Expert who provided assessment and opinions as to the economic losses suffered by Dr. Hurd. That includes back pay, front pay, benefits, other losses, associated reputational injury, and economic factors concerning employability in Dr. Hurd's field and the associated marketplace. Ms. Kleinman's Rule 26 report sets forth her opinions and all bases.<br>*Deposed* | | |

| Name [Alphabetical, by Last Name] – Witness Category (Time Est.) | Sworn | Testified |
|---|---|---|
| **Miles, Ed – Possible Adverse Fact Witness (0.25)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>Psychology Division Director, who was put on a remediation plan for sexual harassment and completed it, still employed by JPS and Acclaim and in his leadership position.<br>*Not Deposed* | | |
| **Morgan, Teresa – Probable Adverse Fact Witness (0.5 hours)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>Works at JPS human resources, investigated Plaintiff's comments, and received Plaintiff's written response; aware that no discipline or action taken by JPS and no further contact from her to Plaintiff after Plaintiff submitted her response. Knowledge of Plaintiff and his professional practice, including communications with Plaintiff.<br>*Not Deposed* | | |
| **Mutinda, Glenda – Possible Adverse Fact Witness (0.25)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>Well-Being Director, Department of Academic Affairs, helped to support residents when Plaintiff was demoted. Knowledge of Plaintiff and his professional practice, including communications with Plaintiff.<br>*Not Deposed* | | |
| **Mummert, Diane – Possible Adverse Fact Witness (0.25)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>Employee of Defendants who was put on a remediation plan for deficiencies in the recent past.<br>*Not Deposed* | | |
| **Oliphant, Nekesha – Probable Adverse Fact Witness (0.75 hours)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>Vice Chair for In-patient Psychology; it has been alleged that Plaintiff made inappropriate comments about her. Knowledge of Plaintiff and his professional practice, including communications with Plaintiff. Knowledge of communications with Defendants about or concerning Plaintiff.<br>*Not Deposed* | | |

| Name [Alphabetical, by Last Name] – Witness Category (Time Est.) | Sworn | Testified |
|---|---|---|
| **Palmer, Dena – Possible Adverse Fact Witness (0.25)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>Service Line Administrator, and Executive Administrator for the Department of Psychiatry at Acclaim and JPS, who works in JPS human resources department and attended 3/18/2022 demotion meeting and participated in demotion decision. Knowledge of Plaintiff and his professional practice, including communications with Plaintiff.<br>*Not Deposed* | | |
| **Podawiltz, Alan – Probable Adverse Fact Witness (1.75 hours)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>JPS Psychiatry Department Chair and Plaintiff's direct supervisor responsible for demotion decision and replacement decision, led 3/18/2022 demotion meeting, as well as meetings after regarding Plaintiff's continuing performance.  Knowledge of Plaintiff and his professional practice, including communications with Plaintiff.<br>*Deposed* | | |
| **Portacci, Adam – Possible Expert Witness for Plaintiff (0.5 hours)**<br>c/o Christopher S. Ayres, Ayres Law Office, Plaintiff's Counsel<br>Expert who provided assessment and opinions as to the economic losses suffered by Dr. Hurd. That includes back pay, front pay, benefits, other losses, associated reputational injury, and economic factors concerning employability in Dr. Hurd's field and the associated marketplace. Mr. Portacci's Rule 26 report sets forth his opinions and all bases.<br>*Not Deposed* | | |
| **Prachyl, Diana – Possible Adverse Fact Witness (0.25)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>The complaint made against Dr. Hurd arising out of the Dec. 8, 2021 Zoom call referenced in the Amended Complaint. Knowledge of Plaintiff and his professional practice, including communications with Plaintiff.<br>*Not Deposed* | | |
| **Singer, Diana – Possible Adverse Fact Witness (0.25 hours)**<br>c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel<br>PS Graduate Medical Education Executive Director, Academic Affairs, she has knowledge of claims at issue.  Knowledge of Plaintiff and his professional practice, including communications with Plaintiff.<br>*Not Deposed* | | |

| Name [Alphabetical, by Last Name] – Witness Category (Time Est.) | Sworn | Testified |
|---|---|---|
| **Walker, Daphne – Possible Adverse Fact Witness (0.25 hours)** <br> c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel <br> Defendants' counsel who has knowledge of communications about Plaintiff post-demotion. <br> *Not Deposed* | | |
| **Whiting, Whitney – Probable Adverse Fact Witness (0.33 hours)** <br> c/o Jordan M. Parker, Cantey Hanger LLP, Defendants' Counsel <br> Resident who was present when Dr. Haliburton called Plaintiff narcissistic and unprofessional. Knowledge of Plaintiff and his professional practice, including communications with Plaintiff. <br> *Not Deposed* | | |

Plaintiff reserves the right to cross-examine all witnesses that Defendants may be permitted to call in their case in chief. Plaintiff likewise reserves the right to supplement and call by deposition any witness who becomes unavailable to attend trial, in person.

Respectfully submitted,

**AYRES LAW OFFICE, P.C.**

By:     */s/ Christopher S. Ayres*
        **CHRISTOPHER S. AYRES**
        State Bar No. 24036167
        csayres@ayreslawoffice.com
        **R. JACK AYRES, JR.**
        State Bar No. 01473000
        rjayres@ayreslawoffice.com
        One Glen Lakes Tower
        8140 Walnut Hill Lane, Suite 830
        Dallas, Texas 75231
        (972) 991-2222 – Phone
        (972) 386-0091 – Fax

**ZANER LAW, P.C.**

**KARIN M. ZANER**
State Bar No. 00791183
karin@zaner.law
8117 Preston Road, Suite 300
Dallas, Texas 75225
(214) 363-5036 – Phone
(214) 363-5046 – Fax

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, a true and correct copy of the foregoing pleading was forwarded to all registered counsel via the Court's electronic filing system on the date and time of its submission.

*/s/ Christopher S. Ayres*
CHRISTOPHER S. AYRES