UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS,
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CHERYL HURD, M.D.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-cv-00388 |
| **TARRANT COUNTY HOSPITAL DISTRICT d/b/a JPS HEALTH NETWORK AND JOHN PETER SMITH HOSPITAL, et al.,** | § § § § § § | |
| Defendants. | § § | |

## PLAINTIFF'S EXHIBIT LIST

**COMES NOW** CHERYL HURD, M.D., Plaintiff in the above cause, and files this her Exhibit List. Plaintiff intends to use exhibits, per the designation that follows:

| Ex. No. | Description | Bates No./ECF ID | Admitted |
|---|---|---|---|
| 1 | Reserved for any Demonstrative or Summary Exhibit Created at Trial with Witnesses | | |
| 2 | Reserved for any Demonstrative or Summary Exhibit Created at Trial with Witnesses | | |
| 3 | Reserved for any Demonstrative or Summary Exhibit Created at Trial with Witnesses | | |
| 4 | Reserved for any Demonstrative or Summary Exhibit Created at Trial with Witnesses | | |
| 5 | Reserved for any Demonstrative or Summary Exhibit Created at Trial with Witnesses | | |
| 6 | Employment Agreement – General Psychiatry | ACC 059-75 | |

| Ex. No. | Description | Bates No./ECF ID | Admitted |
|---|---|---|---|
| 7 | Employment Agreement – MD-Residency Program Director | ACC 001-19 | |
| 8 | First Amendment to Employment Agreement – MD-Residency Program Director | ACC 020-29 | |
| 9 | Second Amendment to Employment Agreement Between Acclaim Physician Group, Inc. and Chery Hurd, M.D. | ACC 030-31 | |
| 10 | Third Amendment to Employment Agreement | ACC 032-34 | |
| 11 | Fourth Amendment to Employment Agreement | ACC 035-36 | |
| 12 | Pandemic Plan Agreement | ACC 037-39 | |
| 13 | Sixth Amendment to Employment Agreement Between Acclaim Physician Group, Inc. and Cheryl Hurd, M.D. | ACC 040-41 | |
| 14 | Unexecuted Seventh Amendment to Employment Agreement Between Acclaim Physician Group, Inc. and Cheryl Hurd, M.D. | HURD 1907 | |
| 15 | Unexecuted Employment Agreement Cheryl Lynn Hurd, M.D. Specialty: Psychiatry (General) | Parker Email of 11-3-22 | |
| 16 | DeMoss Contract Terms Emails on May 4, 2022 | ACC 695 | |
| 17 | DeMoss Contract Emails in June 2022 | ACC 1055-62 | |
| 18 | Podawiltz Email of June 2, 2022 | ACC 132 | |

| Ex. No. | Description | Bates No./ECF ID | Admitted |
|---|---|---|---|
| 19 | Executed Seventh Amendment to Employment Agreement Between Acclaim Physician Group, Inc. and Cheryl Hurd, M.D. | HURD 1931-32 | |
| 20 | Acclaim Code of Conduct | ACC 042-58 | |
| 21 | JPS Code of Conduct Procedure | JPS 144-150 | |
| 22 | JPS HR 1700: Resolution Policy | JPS 013 | |
| 23 | JPS Peer Review Investigations and Corrective Action | JPS 203-217 | |
| 24 | JPS Hearings and Appellate Reviews | JPS 217-238 | |
| 25 | JPS HR 1300, et seq: Drug and Alcohol Policies | JPS 540-557 | |
| 26 | JPS HR 2700: Protection from Discrimination, Harassment and Retaliation | JPS 562-568 | |
| 27 | JPS HR 4301: Personal Digital Devices Procedure | JPS 571-573 | |
| 28 | JPS MS 100: Medical Staff Code of Conduct | JPS 574 | |
| 29 | JPS HR 2600: Employee Standards | JSP 575 | |
| 30 | JPS HR 1701: Resolution Procedures | JSP 576-581 | |
| 31 | JPS HR Memo. 12-10-21 re: Emily Elkins | JPS 342 | |
| 32 | JPS HR Emails on 12-10-21, 12-13-21 and 12-14-21 | JPS 347-348 | |

| Ex. No. | Description | Bates No./ECF ID | Admitted |
|---|---|---|---|
| 33 | JPS HR Email on 12-20-21 | JPS 330 | |
| 34 | Emily Elkins Email and Statement of 12-20-21 | JSP 340-341 | |
| 35 | JPS HR Memo. 12-20-21 re: Julie Durand | JSP 339 | |
| 36 | Julie Durand Emails of 12-20-21 and 12-22-21 | JPS 335-336 | |
| 37 | JPS HR Email of 12-23-21 | JPS 338 | |
| 38 | JPS HR Email of 12-29-21 | JPS 329 | |
| 39 | JPS HR Email to Hurd on 12-30-21 | JPS 337 | |
| 40 | JPS HR Emails of 1-6-22 and 1-5-22 | JPS 353 | |
| 41 | JPS HR Email to Hurd of 1-11-22 | JPS 345-346 | |
| 42 | Hurd Statement of 1-12-22 | JSP 350 | |
| 43 | JPS HR and Hurd Emails of 1-13-22 | JPS 354-355 | |
| 44 | JPS HR Emails with Hurd on 1-20-22 | JPS 351 | |
| 45 | JPS HR Emails of 1-20-22 | JPS 349 | |
| 46 | Hurd Resident Evaluation Scores | ACC 300-304 | |
| 47 | Podawiltz Email to Becker on 3-14-22 | ACC 1029 | |
| 48 | Podawiltz Email to Elliott on 3-14-22 | ACC 1077 | |
| 49 | Podawiltz Email and Talking Points of 3-16-22 | ACC 203-204 | |

| Ex. No. | Description | Bates No./ECF ID | Admitted |
|---|---|---|---|
| 50 | Hurd Email of 3-17-22 and Becker 3-18-22 Response | ACC 583 | |
| 51 | Becker Email to Podawiltz on 3-18-22 | ACC 418 | |
| 52 | Becker Email to Hurd and Podawiltz on 3-18-22 | ACC 173 | |
| 53 | Hurd and Podawiltz Text of 3-18-22 | HURD 1581 | |
| 54 | Podawiltz Email to Department on 3-18-22 | JPS 392 | |
| 55 | Hurd Text to Elliott of 3-18-22 | HURD 1566 | |
| 56 | Hurd Email of 12-16-21 | ACC 1053 | |
| 57 | Podawiltz Email of 1-14-22 | ACC 959 | |
| 58 | Becker Email of 7-29-22 | ACC 682 | |
| 59 | Podawiltz Email to Becker on 8-10-22 | ACC 581 | |
| 60 | Becker Email to Podawiltz on 8-11--22 | ACC 764 | |
| 61 | Podawiltz Email to Becker on 8-18-22 | ACC 304-305 | |
| 62 | Hurd TCU Offer Letter | HURD 1904-06 | |
| 63 | Podawiltz Email to Becker on 9-12-22 | ACC 312 | |
| 64 | Dang Email to Elliot on 3-18-22 | JPS 400 | |
| 65 | Elliot Email to Dang on 3-19-22 | JPS 414-415 | |
| 66 | Dang Text with Cheryl Hurd | HURD 1621 | |

| Ex. No. | Description | Bates No./ECF ID | Admitted |
|---|---|---|---|
| 67 | Alphonso Email to Elliot on 4-28-22 | JPS 419-420 | |
| 68 | Saks Texts with Hurd | HURD 1624-1628 | |
| 69 | Miles Texts with Hurd | HURD 1730 | |
| 70 | Keene Texts with Hurd | HURD 1759 | |
| 71 | Meisamy Texts with Hurd | HURD 1811 | |
| 72 | Elbaheer Texts with Hurd | HURD 1847 | |
| 73 | Manjunath Texts with Hurd | HURD 1848 | |
| 74 | Murad Texts with Hurd | HURD 1892 | |
| 75 | Whiting Texts with Hurd | HURD 1895 | |
| 76 | CAP Fellowship and Resident Emails | ACC 211-215, 175, 130, 232-233, 237 | |
| 77 | Zaner Letter of 3-21-22 | JPS 500 | |
| 78 | Zaner Emails with JPS post-removal | JPS 424-517 | |
| 79 | Zaner Email of 4-15-22 | JPS 518-523 | |
| 80 | Zaner Email of 5-6-22 | JPS 534 | |
| 81 | Podawiltz Email to Hurd of 6-6-22 | ACC 489 | |
| 82 | DeMoss Emails post-Hurd removal | ACC 89, 90, 267 | |
| 83 | Curriculum Emails and Discussions | ACC 221-226 | |

| Ex. No. | Description | Bates No./ECF ID | Admitted |
|---|---|---|---|
| 84 | July 2022 Emails | ACC 90, 492-493, 1074-75 | |
| 85 | August 2022 Emails | ACC 718-719 | |
| 86 | Podawiltz Text Messages | JPS 537-539; HURD 1581 | |
| 87 | DeMoss Text Messages | ACC 1100-1108 | |
| 88 | Haliburton Text Messages with Hurd | HURD 1658-1709 | |
| 89 | Haliburton Text Messages | ACC 1109-1112 | |
| 90 | Haliburton Email of 3-21-22 | ACC 370 | |
| 91 | Hurd Notes | HURD 1-27 | |
| 92 | Hurd Awards & Degrees | HURD 1556-1562 | |
| 93 | Hurd Tax Returns | HURD 1415-1488; 1933-1965 | |
| 94 | Narcissistic Personality Disorder Criteria | HURD 1927-1930 | |

Plaintiff reserves the right to use the following exhibits or excerpts of them in the form of blow-up, form-board or further summary evidence at trial. No such blow-up, form-board or further summary shall be a new, substantive content.

Plaintiff further reserves the right to utilize and offer evidence and exhibits, as necessary, for purposes of impeachment.

Respectfully submitted,

**AYRES LAW OFFICE, P.C.**

By: */s/ Christopher S. Ayres*
**CHRISTOPHER S. AYRES**
State Bar No. 24036167
csayres@ayreslawoffice.com
**R. JACK AYRES, JR.**
State Bar No. 01473000
rjayres@ayreslawoffice.com
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 830
Dallas, Texas 75231
(972) 991-2222 – Phone
(972) 386-0091 – Fax

**ZANER LAW, P.C.**

**KARIN M. ZANER**
State Bar No. 00791183
karin@zaner.law
8117 Preston Road, Suite 300
Dallas, Texas 75225
(214) 363-5036 – Phone
(214) 363-5046 – Fax

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, a true and correct copy of the foregoing pleading was forwarded to all registered counsel via the Court's electronic filing system on the date and time of its submission.

*/s/ Christopher S. Ayres*
CHRISTOPHER S. AYRES