IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHERYL HURD, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TARRANT COUNTY HOSPITAL DISTRICT, et al. | § | Civil Action No. 4:22-cv-00388-O |
| | § | |
| | § | |
| Defendants. | § | |

# DEFENDANTS' EXHIBIT LIST

Defendants Tarrant County Hospital District d/b/a JPS Health Network and John Peter Smith Hospital ("JPS") and Acclaim Physician Group ("Acclaim") (collectively, "Defendants") submit this exhibit list in accordance with the Court's Scheduling Order (ECF No. 24):

| Ex. No. | Description | Bates No. | Offered | Admitted |
|---|---|---|---|---|
| 1. | 2016 Employment Agreement by and between Acclaim Physician Group, Inc. and Cheryl Hurd, M.D. | ACC_000059-ACC_000075 | | |
| 2. | 2017 Employment Agreement by and between Acclaim Physician Group, Inc. and Cheryl Hurd, M.D. | ACC_000001-ACC_000019 | | |
| 3. | First Amendment to MD-Residency Training Program Director between Acclaim Physician Group, Inc. and Cheryl Hurd, M.D. | ACC_000020-ACC_000029 | | |
| 4. | Second Amendment to Employment Agreement between Acclaim Physician Group, Inc. and Cheryl Hurd, M.D. | ACC_000030-ACC_000031 | | |
| 5. | Third Amendment to Employment Agreement between Acclaim Physician Group, Inc. and Cheryl Hurd, M.D. | ACC_000032-ACC_000034 | | |

| Ex. No. | Description | Bates No. | Offered | Admitted |
|---|---|---|---|---|
| 6. | Fourth Amendment to Employment Agreement between Acclaim Physician Group, Inc. and Cheryl Hurd, M.D. | ACC_000035-ACC_000036 | | |
| 7. | Fifth Amendment to Employment Agreement between Acclaim Physician Group, Inc. and Cheryl Hurd, M.D. (Pandemic Plan Amendment) | ACC_000037-ACC_000039 | | |
| 8. | Sixth Amendment to Employment Agreement between Acclaim Physician Group, Inc. and Cheryl Hurd, M.D. | ACC_000040-ACC_000041 | | |
| 9. | Seventh Amendment to Employment Agreement between Acclaim Physician Group, Inc. and Cheryl Hurd, M.D. (effective September 1, 2022) | N/A | | |
| 10. | Notice of Non-Renewal (email to Plaintiff's counsel dated September 1, 2022) | N/A | | |
| 11. | Announcement of Dr. Dustin DeMoss as the new Vice Chair of Education and Psychiatry Residency Program Director dated Mach 18, 2022 | JPS_000392-JPS_000393 | | |
| 12. | JPS HR email regarding Provider Concern dated December 14, 2021 | JPS_000347-JPS_000348 | | |
| 13. | JPS HR emails regarding Acclaim Concern dated December 23, 2021, and statements | JPS_000338-JPS_000344 | | |
| 14. | JPS HR email regarding Acclaim Concern dated December 29, 2021 | JPS_000329-JPS_000336 | | |
| 15. | JPS HR email regarding Information Needed dated December 30, 2021 | JPS_000337 | | |
| 16. | JPS HR email regarding Update dated January 6, 2022 | JPS_000353 | | |
| 17. | JPS HR email regarding Information Needed dated January 11, 2022 | JPS_000345-JPS_000346 | | |
| 18. | JPS HR email regarding Statement Received dated January 20, 2022 | JPS_000356 | | |
| 19. | JPS HR email regarding Statement from Dr. Hurd dated January 20, 2022, and statement | JPS_000349-JPS_000350 | | |

| Ex. No. | Description | Bates No. | Offered | Admitted |
|---|---|---|---|---|
| 20. | Text Messages (Dr. Hurd and Dr. Alphonso) | HURD_001651 | | |
| 21. | Text Messages (Dr. Hurd and Chris) | HURD_001591-HURD_001618 | | |
| 22. | Text Messages (Dr. Hurd and Dr. Huff-Benjamin) | HURD_001710-HURD_001711 | | |
| 23. | Text Messages (Dr. Hurd and Dr. Saks) | HURD_001624-HURD_001628 | | |
| 24. | Text Messages (Dr. Hurd and Janet Miles) | HURD_001712-HURD_001752 | | |
| 25. | Text Messages (Dr. Hurd and Dr. Haliburton) | HURD_001658-HURD_001709 | | |
| 26. | Text Messages (Dr. Hurd and Jennifer Keene) | HURD_001759-HURD_001782 | | |
| 27. | Text Messages (Dr. Hurd and Dr. Hafeez) | HURD_001567-HURD_001580 | | |
| 28. | Text Messages (Dr. Hurd and Sandy) | HURD_001883-HURD_001891 | | |
| 29. | Text Messages (Dr. Hurd and Lydia) | HURD_001825-HURD_001846 | | |
| 30. | Podawiltz M.D. email to Becker M.D. on Talking Points with faculty member dated March 16, 2022, and attachment | ACC_000203-ACC_000204 | | |
| 31. | Code of Conduct and Business Ethics, Acclaim Physician Group, Inc. | ACC_000042-ACC_000058 | | |
| 32. | JPS MS 100 Medical Staff Code of Conduct | JPS_000574 | | |
| 33. | JPS MS 101 Code of Conduct Procedure | JPS_000144-JPS_000150 | | |
| 34. | JPS Medical Staff Rules and Regulations | JPS_000290-JPS_000328 | | |

This Exhibit List contains the information required by §§ II(7) and II(8)(c) of the Court's Scheduling Order (ECF No. 24), except for the written statement required by §§ II(8)(c)(i)-(ii), which Defendants will provide prior to the November 18 deadline set by §II(8) once the parties

3

have conferred about the admissibility of exhibits.  The numbering of the exhibits may also be updated prior to the November 18 deadline to reflect any agreements between the parties' counsel regarding the numbering of exhibits.

Defendants reserve the right to use the aforementioned exhibits (or excerpts of them) in the form of blow-up, form-board, or other summary evidence at trial, but recognize no such blow-up, form-board, or other summary shall be a new substantive content.

Defendants reserve the right to utilize and offer evidence and exhibits, as necessary, for purposes of impeachment.

Respectfully submitted,

 /s/ Jordan M. Parker
Jordan M. Parker
State Bar No. 15491400
jparker@canteyhanger.com
Derek Carson
State Bar No. 24085240
dcarson@canteyhanger.com
Alexandra M. Williams
State Bar No. 24107297
awilliams@canteyhanger.com
CANTEY HANGER LLP
Cantey Hanger Plaza
600 W. 6th St., Suite 300
Fort Worth, TX 76102
(817) 877-2800 (phone)
(817) 877-2807 (fax)

**COUNSEL FOR DEFENDANTS**

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that a copy of this document was served on all counsel of record via this Court's ECF system on November 4, 2022.

                                                     /s/ Jordan M. Parker
                                                     Jordan M. Parker