IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHERYL HURD, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00388-O |
| | § | |
| TARRANT COUNTY HOSPITAL DISTRICT, et al. | § | |
| | § | |
| | § | |
| Defendants. | § | |

**JOINT WRITTEN STATEMENT ON ADMISSIBILITY OF EXHIBITS**

In accordance with Paragraph II(8)(c) of the Court's Scheduling Order (ECF NO. 24), Plaintiff and Defendants submit this joint written statement regarding the admissibility of exhibits to accompany their exhibits lists:

**I.   PLAINTIFF'S EXHIBIT LIST (ECF NO. 45)**

(i)   The Parties agree to the admissibility of Plaintiff's Exhibit Nos. 6-21, 23-24, 26, 28, 31-90, 92-93.

(ii)   Defendants object to the following exhibits on the following grounds:

| Plaintiff's Ex. No. | Description | Basis for Objection |
|---|---|---|
| 22 | JPS HR 1700: Resolution Policy | Irrelevant and prejudicial because such policies apply solely to JPS employees. *See* Fed. R. Evid. 401-403. |
| 25 | JPS HR 1300, et seq: Drug and Alcohol Policies | Irrelevant and prejudicial because drug and alcohol use are not at issue. *See* Fed. R. Evid. 401-403. |
| 27 | JPS HR 4301; Personal Digital Devices Procedure | Irrelevant and prejudicial because procedures governing use of personal digital devices are not relevant. *See* Fed. R. Evid. 401-403. |

| 29 | JPS HR 2600: Employee Standards | Irrelevant and prejudicial because such policies apply solely to JPS employees. *See* Fed. R. Evid. 401-403. |
|---|---|---|
| 30 | JPS HR 1701: Resolution Procedures | Irrelevant and prejudicial because such policies apply solely to JPS employees. *See* Fed. R. Evid. 401-403. |
| 91 | Hurd Notes | These handwritten notes contain hearsay and are illegible in places, meaning that even legible content cannot be properly understood in context and is incomplete. They also contain irrelevant and prejudicial information. *See* Fed. R. Evid. 106, 401-403, 801-802. |
| 94 | Narcissistic Personality Disorder Criteria | This writing is hearsay, the source of the information is not evident, and Defendants are unable to introduce other parts of the writing for completeness and context. *See* Fed. R. Evid. 106, 403, 801-802. |

Plaintiff reserved Exhibit Nos. 1-5 "for any Demonstrative of Summary Exhibits Create at Trial with Witnesses." Defendants do not object to his arrangement in general, but reserve their right to object to specific exhibits if and when they are created.

## II. DEFENDANTS' EXHIBIT LIST (ECF NO. 48)

(i) The Parties agree to the admissibility of Defendants' Exhibit Nos. 1-19, 30-34.

(ii) Plaintiff objects to portions of Defendants' Exhibits Nos. 20-29 (which are text message threads) on relevance and prejudice grounds under Federal Rules of Evidence 401-403. Plaintiff's objection stems from the fact that Defendants have identified the entirety of the text message threads as exhibits, rather than identifying only those portions of the threads that are relevant. Plaintiff does not otherwise object to Defendants' Exhibit Nos. 20-29. Defendants have agreed to narrow the text message threads reflected in Exhibits Nos. 20-29 so that only the relevant conversations within the text message threads are included.

Respectfully submitted,

*/s/ Christopher S. Ayres*
Christopher S. Ayres
State Bar No. 24036167
csayres@ayreslawoffice.com
R. Jack Ayres, Jr.
State Bar No. 01473000
rjayres@ayreslawoffice.com
**AYRES LAW OFFICE, P.C.**
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 830
Dallas, Texas 75231
(972) 991-2222 – Phone
(972) 386-0091 – Fax

Karin M. Zaner
State Bar No. 00791183
karin@zaner.law
**ZANER LAW, P.C.**
8117 Preston Road, Suite 300
Dallas, Texas 75225
(214) 363-5036 – Phone
(214) 363-5046 – Fax

**ATTORNEYS FOR PLAINTIFF**

*/s/ Jordan M. Parker*
Jordan M. Parker
State Bar No. 15491400
jparker@canteyhanger.com
T. Derek Carson
State Bar No. 24085240
dcarson@canteyhanger.com
Alexandra M. Williams
State Bar No. 24107297
awilliams@canteyhanger.com
**CANTEY HANGER LLP**
Cantey Hanger Plaza
600 W. 6th St., Suite 300
Fort Worth, TX 76102
817-877-2800 – Phone
817-877-2807 – Fax

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

On November 18, 2022, a copy of this document was served on counsel of record via the Court's ECF system.

 /s/ Jordan M. Parker
Jordan M. Parker