UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS,
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHERYL HURD, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-00388 |
| | § | |
| TARRANT COUNTY HOSPITAL | § | |
| DISTRICT d/b/a JPS HEALTH | § | |
| NETWORK AND JOHN PETER | § | |
| SMITH HOSPITAL, et al., | § | |
| | § | |
| Defendants. | § | |

PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S
EXPERTS ADAM PORTACCI AND BRANDI KLEINMAN

TO THE HONORABLE REED O'CONNOR, UNITED STATES DISTRICT JUDGE:

COMES NOW CHERYL HURD, Plaintiff in the above cause, and files this, her *Response to Defendants' Motion to Exclude Testimony of Plaintiff's Experts Adam Portacci and Brandi Kleinman and Brief in Support* (the "Response").

As set out in the accompanying Brief filed in support of this Response, this Court should deny the *Defendants' Motion to Exclude Testimony of Plaintiff's Experts Adam Portacci and Brandi Kleinman and Brief in Support* (ECF No. 49) in all respects. The legal and factual basis for the requested relief is fully set out in that separate accompanying briefing, which Plaintiff herein incorporates by reference, as well as Plaintiff's Appendix.

## CONCLUSION

Plaintiff respectfully requests that the Court deny the *Defendants' Motion to Exclude Testimony of Plaintiff's Experts Adam Portacci and Brandi Kleinman and Brief in Support* in all respects and for all other relief to which she may be entitled.

Respectfully submitted,

**AYRES LAW OFFICE, P.C.**

By:    /s/ Christopher S. Ayres
     **CHRISTOPHER S. AYRES**
     State Bar No. 24036167
     csayres@ayreslawoffice.com
     **R. JACK AYRES, JR.**
     State Bar No. 01473000
     rjayres@ayreslawoffice.com
     One Glen Lakes Tower
     8140 Walnut Hill Lane, Suite 830
     Dallas, Texas 75231
     (972) 991-2222 – Phone
     (972) 386-0091 – Fax

**ZANER LAW, P.C.**

     **KARIN M. ZANER**
     State Bar No. 00791183
     karin@zaner.law
     8117 Preston Road, Suite 300
     Dallas, Texas 75225
     (214) 363-5036 – Phone
     (214) 363-5046 – Fax

     **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was forwarded to all registered counsel via the Court's electronic service system on the date and time of its submission.

     /s/ Christopher S. Ayres
     Christopher S. Ayres